Elliot J. Siegel (Bar No. 286798)
elliot@kingsiegel.com
Julian Burns King (Bar No. 298617)
julian@kingsiegel.com
Brent R. Boos (Bar No. 292808)
brent@kingsiegel.com
**KING & SIEGEL LLP**
500 S Grand Avenue, Suite, Suite 1520
Los Angeles, California 90071
tel: (213) 465-4802
fax: (213) 465-4803

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**Li Pi,** individually and on behalf of all similarly situated individuals,

Plaintiff,

vs.

**Embark Veterinary, Inc.**, a Delaware corporation; and **Does 1-10**, inclusive;

Defendants.

CASE NO. 24-cv-07384-NW

Assigned to the Honorable Noël Wise

**REQUEST FOR VOLUNTARY DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS ACTION CLAIMS WITHOUT PREJUDICE**

Complaint Filed: October 23, 2024
FAC Filed: November 27, 2024
SAC Filed: December 13, 2025
Compelled to Arbitration: June 26, 2025

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Li Pi, by and through his counsel of record, hereby grants and requests that this action be dismissed with prejudice as to his individual claims and causes of action, and that this action be dismissed without prejudice as to all class action claims and causes of action. Additional procedures or Court approval are not required pursuant to F.R.C.P. Rule 23(e) because no class has been certified or proposed to be certified for purposes of settlement.

Dated: June 26, 2026

Respectfully submitted,

**KING & SIEGEL LLP**

By: ______________________

Brent R. Boos
Elliot J. Siegel
Attorneys for Plaintiff Li Pi